# IN THE SUPREME COURT OF THE STATE OF NEVADA

OLEG POGREBNOY,
                    Appellant,
vs.
LAS PALMAS APARTMENTS,
                    Respondent.

No. 76722

**FILED**

NOV 26 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Richard Scotti, District Judge
      Oleg Pogrebnoy
      Marquis Aurbach Coffing
      Eighth District Court Clerk

18-905447